IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:15-CR-00050-001 (CAR) |
| **DENNIS LEE COLLINS, JR.** | |

### ORDER

On December 18, 2023, a *Petition for Warrant or Summons for Offender* (Doc. 44) was issued for the above-named defendant for violations of his supervised release. On December 19, 2023, the defendant was arrested on the outstanding supervised release warrant and released on December 20, 2023, with conditions of release to include home detention with location monitoring.

On January 30, 2024, the original petition was amended (Doc. 53) alleging the defendant ingested illegal controlled substances and failed to refrain from new law violations. The defendant was arrested on February 1, 2024, and ordered detained pending final revocation proceedings. On March 12, 2024, the defendant appeared before the court and stipulated to Violation #3 as outlined in the amended petition. The Court ordered the petition held in abeyance pending the defendant's participation and completion of the Georgia Department of Community Supervision's Day Reporting Center Program. The Court ordered the defendant to continue under the location monitoring provisions ordered during the initial appearance hearing on December 20, 2023. The defendant successfully completed the program and is scheduled to graduate on February 6, 2024.

**IT IS HEREBY ORDERED** that the *Amended Petition for Warrant or Summons for Offender* be dismissed for good and sufficient cause shown to the Court.

SO ORDERED this **5** day of **February**, 2024.

_____
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE